In the Matter of Proving the Last Will and Testament of SAMUEL TREMPER LONGMAN, Deceased, as a Will of Real and Personal Property.

*Appeal — motion to dismiss on ground that appeal not taken in time denied when copy of decree and notice of entry not served by moving party.*

Motion by Dorothy B. Longman, a legatee, and by the proponent, to dismiss the appeal of Rose H. Longman, contestant, from a decree of the surrogate, New York county, admitting a will to probate.

PER CURIAM: Dorothy B. Longman, who moves to dismiss the appeal, not having served a copy of the decree with notice of entry upon the appellant, has not set appellant's time running as to her. Appellant may, there-

---

* Amd. by Laws of 1917, chap. 490.— [REP.

† Laws of 1895, chap. 240.— [REP.

‡ Gen. Corp. Law (Gen. Laws, chap. 35; Laws of 1892, chap. 687), § 15.— [REP.

fore, still serve a notice of appeal as against the moving party, and . this motion to dismiss is, therefore, denied, with ten dollars costs. . Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ. Motion to dismiss appeal denied, with ten dollars costs.